UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESURANCE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

LESLIE GAINES, AARON GAINES, ~~GALAXIE DIAGNOSTICS LLC~~, TRI-CARE PHYSCIAL THERAPY LLC, ~~GRAVITY IMAGING LLC~~, ~~4 TRANSPORT INC.~~, DEARBORN PAIN SPECIALISTS PLC, ~~411 HELP~~, ~~SELECT QUALITY TRANSPORTATION~~, ~~SHP SERVICES~~, ~~SPINE AND HEALTH PLLC~~, LABORATORY SPECIALISTS OF MICHIGAN LLC, ~~SOUTHGATE FAMILY PHARMACY LLC~~, ADVANCED SURGERY CENTER PLLC, AUTO RX LC, PRO TOXICOLOGY, and TOX TESTING INC,

    Defendants,
and

TRI-CARE PHYSCIAL THERAPY LLC, ADVANCED SURGERY CENTER PLLC, and DEARBORN PAIN SPECIALISTS PLC, and LESLIE and AARON GAINES,

    Counter-Plaintiffs,

v.

ESURANCE PROPERTY AND
CASUALTY INSURANCE COMPANY,

Case No: 2:20-cv-11599
Honorable Terrence G. Berg

Plaintiff/Counter-Defendant.

| | |
|---|---|
| JILLIAN M. PETERSON (P81436)<br>ANDREW G. KRIEBER (P83377)<br>NOVARA TESIJA & CATENACCI<br>MCDONALD & BAAS, PLLC<br>Attorneys for Plaintiff/Counter-Defendant Esurance<br>888 W. Big Beaver Road, Suite 600<br>Troy, MI 48084<br>(248) 354-0380 / Fax: (248) 354-0393<br>jmp@novaralaw.com<br>agk@novaralw.com | JORDAN S. VAHDAT (P79237)<br>RYAN MARK-GRIFFIN (P83047)<br>VAHDAT WEISMAN, PLC<br>Attorneys for Defendant/Counter-Plaintiff Tri-Care<br>17197 N. Laurel Park Dr., Ste. 500<br>Livonia, MI 48152<br>Tel. (734) 469-4994<br>Attorney@thevwlaw.com |
| GARY R. BLUMBERG (P29820)<br>GARY R. BLUMBERG, P.C.<br>Attorney for Dearborn Pain Specialists And Laboratory Specialists of Michigan<br>19855 W. Outer Drive, Ste. 206-E<br>Dearborn, MI 48124<br>313-230-1121<br>gblumberg@blumbergpc.com | ~~ROBERT L. AKOURI~~<br>~~Attorney for Gravity, 4 Transport, 411 Help, and Spine and Health~~<br>~~6528 Schaefer Road~~<br>~~Dearborn, MI 48126~~<br>~~(313) 584-1404~~<br>~~akouripllc@yahoo.com~~ |
| ELIZABETH L. AMARU (P55001)<br>HAAS & GOLDSTEIN, P.C.<br>Attorneys for Advanced Surgery Center<br>31275 Northwestern Highway, Suite 225<br>Farmington Hills, MI 48334<br>(248) 702-6550<br>jhaas@haasgoldstein.com | ALAN L. LATHAM (P77559)<br>LATHAM LAW, PLLC<br>Attorneys for Aaron and Leslie Gaines<br>346 Park St, Ste 130<br>Birmingham, MI 48009<br>(248) 854-1634<br>alatham@lathamlawgroup.com |

**VOLUNTARY DISMISSAL OF REMAINING CLAIMS AND FOR CLOSURE OF FILE**

NOW COMES Plaintiff, ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, by and through its attorneys, NOVARA TESIJA CATENACCI MCDONALD & BAAS, PLLC, hereby voluntarily dismisses its

claims as brought in the above-entitled action against the following Defendants without prejudice and without costs to any party: Galaxie Diagnostics, LLC, Select Quality Transportation, SHP Services, Southgate Family Pharmacy, LLC, Auto RX, LC, Pro Toxicology, and Tox Testing, Inc.

**IT IS SO ORDERED.**

**THIS ORDER RESOLVES THE LAST PENDING CLAIM AND CLOSES THIS FILE.**

/s/Terrence G. Berg
UNITED STATES DISTRICT JUDGE

Dated: March 1, 2023

I hereby stipulate to entry of the above Order:

/s/ Jillian M. Peterson
JILLIAN M. PETERSON (P81436)
Attorney for Plaintiff/Counter-Defendant Esurance

Novara Tesija Catenacci McDonald & Baas, PLLC